1  Matthew O. Stromquist
   PILGRIM CHRISTAKIS LLP
2  321 N. Clark Street, 26th Floor
   Chicago, Illinois 60654
3  Telephone: (312) 361-3457
   mstromquist@pilgrimchristakis.com
4  (*Pro Hac Vice* petition forthcoming)

5  Matthew C. Addison (NSBN 4201)
   Sarah A. Ferguson (NSBN 14515)
6  MCDONALD CARANO, LLP
   100 W. Liberty Street, Tenth Floor
7  Reno, NV 89501
   Telephone: (775) 788-2000
8  sferguson@mcdonaldcarano.com
   maddison@mcdonaldcarano.com
9
   Attorneys for Defendant
10 First Contact LLC

11          **IN THE UNITED STATES DISTRICT COURT**

12             **FOR THE DISTRICT OF NEVADA**

13 REBECCA GOTTSCHALK,

14         Plaintiff,                     Case No. 2:20-CV-01307-JCM-DJA

15    vs.                                 **STIPULATION AND [PROPOSED]
                                          ORDER FOR EXTENSION OF TIME FOR
16 FIRST CONTACT LLC,                     DEFENDANT FIRST CONTACT LLC TO
                                          ANSWER OR OTHERWISE RESPOND
17         Defendants.                    TO THE COMPLAINT
                                          (FIRST REQUEST)**
18

19

20

21        Plaintiff Rebecca Gottschalk and Defendant First Contact LLC ("First Contact"), by

22 undersigned counsel, hereby agree and stipulate that the deadline by which First Contact must

23 answer or otherwise respond to the Complaint is extended to September 9, 2020. This extension is

24 appropriate to allow First Contact's retained counsel to review and analyze the Complaint and

25 prepare an appropriate response. This is the parties' first request for an extension of time and is not

26 / / /

27 / / /

28 / / /

1

1  intended to cause any undue delay or prejudice any party.

2  DATED: August 18, 2020.

3   Respectfully submitted,

4   PRICE LAW GROUP, APC          PILGRIM CHRISTAKIS LLP

5

6   By: */s/ Steven A. Alpert*          By: */s/ Sarah A. Ferguson*
    Steven A. Alpert (NSBN 8353)         Matthew O. Stromquist
7   5490 S. Rainbow Blvd., Suite 3014   321 N. Clark Street, 26th Floor
    Las Vegas, Nevada 89118             Chicago, Illinois 60654
8   Telephone: (702) 794-2008           Telephone: (312) 361-3457
                                        *(Pro Hac Vice* petition forthcoming)
9   *Plaintiff Rebecca Gottschalk*
                                        Matthew C. Addison (NSBN 4201)
10                                      Sarah A. Ferguson (NSBN 14515)
                                        MCDONALD CARANO, LLP
11                                      100 W. Liberty Street, Tenth Floor
                                        Reno, NV 89501
12                                      Telephone: (775) 788-2000

13                                      *Defendant First Contact LLC*

14

15

16                                      **ORDER**

17                                      IT IS SO ORDERED.

18

19                                      _____
                                        UNITED STATES MAGISTRATE JUDGE
20                                      DATED:  August 19, 2020
                                               _____
21

22

23

24
    4835-3610-2344, v. 1
25

26

27

28

2