**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REBECCA GOTTSCHALK, | Case No. 2:20-CV-1307 JCM (DJA) |
| Plaintiff(s), | ORDER |
| v. | |
| FIRST CONTACT LLC, | |
| Defendant(s). | |

Presently before the court is the matter of *Gottschalk v. First Contact LLC*, 2:20-cv-01307-JCM-DJA.  This matter was stayed as defendant First Contact LLC ("First Contact") and certain affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the U.S. Bankruptcy Code.  (ECF No. 14).  First Contact now informs the court that the automatic stay was lifted on November 19, 2020.  (ECF No. 15 at 2).

First Contact has fourteen (14) days from the entry of this order to refile its motion to dismiss which was previously dismissed without prejudice because of the stay.

IT IS SO ORDERED.

DATED December 16, 2020.

_____
UNITED STATES DISTRICT JUDGE